UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JASON LOFTIS,

                 Plaintiff,                 04 **CIVIL** 6986 (AJP)

       -against-                             **JUDGMENT**

BRETON INTERNATIONAL, INC. & APEX
TECHNICAL SCHOOL, INC. A/K/A APEX
TECHNICAL SCHOOL,
                 Defendants.
-----------------------------------------------------------X

      A Jury Trial before the Honorable Andrew J. Peck, United States Magistrate Judge, having [pursuant to 28 USC §636(c)] begun on June 13, 2005, and at the conclusion of the trial, the jury having rendered a verdict in favor of the plaintiff in the amount of $14,000.00, it is,

      **ORDERED, ADJUDGED AND DECREED:** That the plaintiff have judgment in the sum of $14,000.00 as against the defendants.

**DATED:** New York, New York
             June __, 2005

                                                      **J. MICHAEL McMAHON**

So Ordered:                                        **Clerk of Court**

                                                    **BY:**

U.S.M.J.                                          **Deputy Clerk**

HON. ANDREW J. PECK
United States Chief Magistrate Judge
Southern District of New York

BY FAX

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____